## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BILLY JOE WINROW, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-21-375-R |
| | ) | |
| JANET DOWLING, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In conjunction with the Petition Mr. Winrow sought leave to proceed *in forma pauperis*. The case was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On April 28, 2021, Judge Erwin issued a Report and Recommendation wherein he recommended that Petitioner be required to pay the $5.00 filing fee. The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED, the Motion for Leave to Proceed *In Forma Pauperis* is DENIED. Petitioner shall submit the $5.00 filing fee within twenty-one days of entry of this Order.

**IT IS SO ORDERED** this 24th day of May 2021.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE